IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM R. DISHMAN,

    Petitioner,

v.                                                                   4:12cv485-WS

JULIE JONES, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 20, 2015. <u>See</u> Doc. 22. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be DENIED. The petitioner has filed objections (doc. 25) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is hereby

ADOPTED and incorporated by reference into this order.

    2.  The petitioner's amended petition for writ of habeas corpus (doc. 19) is DENIED.

    3.  The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DENIED."

    4.  A certificate of appealability is DENIED.

    5.  Leave to appeal in forma pauperis is DENIED.

    DONE AND ORDERED this __29th__ day of __June__, 2015.

                      s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE